■ In the Matter of the Estate of BENJAMIN H. TUTHILL, SR., Deceased. MORGAN GUARANTY TRUST CO., Respondent; ANASTASIA E. McKEON, Appellant.—In an accounting proceeding, claimant appeals from so much of a decree of the Surrogate's Court, Westchester County, dated September 10, 1976, as dismissed her objections. Decree affirmed insofar as appealed from, without costs or disbursements. The decree was in all respects proper. Appellant failed to sustain her burden of proof. Cohalan, J. P., Damiani, Hawkins and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, v AQUARIAN AGE 2000, INC., Trading as DOLLAR SAVERS ASSOCIATION, and FRANK J. CONTI, Appellants.—Two judgments of the Supreme Court, Queens County (one as to each defendant), each rendered April 30, 1976, affirmed. With respect to the People's refusal to grant immunity see People v Sapia (41 NY2d 160). We have considered appellants' other arguments and find them without merit. The case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5) as to defendant Conti. Cohalan, J. P., Damiani, Hawkins and Mollen, JJ., concur.